Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*Proposed Attorneys for the Debtor
and Debtor in Possession.*
488 Madison Avenue-19th Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X

In re

K.C. THIRD AVENUE PARKING LLC,

Debtor.

Chapter 11

Case No. 11-B-

---------------------------------------X

**DECLARATION OF ERIC BROWN PURSUANT TO**
**RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES.**

ERIC BROWN, being duly sworn, deposes and respectfully says:

1. I am a member and president of K.C. Third Avenue Parking LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), and I am familiar with the Debtor's business and financial affairs. I submit this declaration pursuant to Local Bankruptcy Rule 1007-2.

**A.     Background.**

2. The Debtor is a New York limited liability company in the business of operating a parking lot located at 330 Third Avenue, in the borough of Manhattan, City of New York (the "Premises").

3. The Debtor's need to seek relief in this Court is

occasioned by the threatened eviction by 330 Third Avenue Owner's Corp., the landlord of the Premises.

4. Accordingly, the Debtor has fallen behind on its obligations to the Landlord, as well as to the State of New York, Department of Taxation.

5. While operating under the protection of this Court, the Debtor hopes to identify and negotiate with prospective investors or purchasers as a means to emerging from bankruptcy promptly.

6. There has been no committee organized before the order for relief.

7. The holders (and their names, addresses and additional information) of the twenty largest unsecured claims against the Debtor are included in the documents filed herewith, and are incorporated herein by reference.

8. There are no holders of secured claims against the Debtor.

**B.** **Requirements of 11 U.S.C. § 1116.**

9. A balance sheet setting forth a summary of the Debtor's assets and liabilities, and statement of operations/cash flow is attached pursuant to 11 U.S.C. § 1116. The Debtor's current Federal tax return is being filed simultaneously herewith.

**C.** **Additional Information.**

10. The Debtor has no publicly held securities.

11. The Debtor operates from the Premises and at offices at 501 Madison Avenue-Suite 501, New York, New York.

12. The location of the Debtor's substantial assets is at the Premises.

13. Your deponent is the sole Manager of the Debtor's business.

14. The Debtor estimates the amount of $16,000.00 as approximate weekly payroll expenses to employees (exclusive of officers, directors, stockholders, and partners) for the thirty day period following the filing of the Debtor's petition.

15. No amount is proposed to be paid for services to officers, stockholders, and directors, for the thirty-day period following the filing of the Debtor's petition.

16. The Debtor anticipates approximate gross cash receipts of $40,000.00 for the thirty-day period following the filing of the Debtor's petition and disbursements for the same period of $188,830 broken down as follows: (a) $8,264.50 in Payroll, (b) $22,166.00 in Rent, and (c)$3,500.00 in other operating expenses.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true to the best of my knowledge, information and belief.

_____
MR. ERIC BROWN.

Dated:  March 31, 2011
        New York, New York